Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,TRIAL-OMAHA

# U.S. District Court
## District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:16-cr-00184-LSC-SMB-1

| | |
|---|---|
| Case title: USA v. Morgan | Date Filed: 06/22/2016 |
| Magistrate judge case number: 8:16-mj-00167-FG3 | Date Terminated: 05/01/2017 |

Assigned to: Chief Judge Laurie
Smith Camp
Referred to: Magistrate Judge
Susan M. Bazis

**Defendant (1)**

**Steven Morgan**
*TERMINATED: 05/01/2017*

represented by **J. Bruce Teichman**
TEICHMAN, MARTENS LAW FIRM
301 South 70th Street
Suite 355
Lincoln, NE 68510
(402) 613-7583
Fax: (402) 817-7371
Email: jbruceteichman@gmail.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Katie M. Martens**
TEICHMAN, MARTENS LAW FIRM
724 Terminal Building
941 O Street
Lincoln, NE 68508
(402) 613-7583
Fax: (402) 817-7371
Email:

katiemartenslaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 21:841(b)(1) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (1s) | Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 46 months; 3 years supervised release with special conditions; $100 Special Assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 21:841(b)(1) POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE (1) | The Indictment is dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 21:841(a)(1) and (b)(1) POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kimberly C. Bunjer**<br>U.S. ATTORNEY'S OFFICE - OMAHA<br>1620 Dodge Street<br>Suite 1400<br>Omaha, NE 68102-1506<br>(402) 661-3700<br>Fax: (402) 661-3080<br>Email: kim.bunjer@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2016 | 1 | COMPLAINT signed by Judge Magistrate Judge F.A. Gossett as to defendant Steven Morgan. (ADB) [8:16-mj-00167-FG3] (Entered: 05/23/2016) |
| 05/23/2016 | 2 | CRIMINAL COVER SHEET as to defendant Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E- GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (ADB) [8:16-mj-00167-FG3] (Entered: 05/23/2016) |
| 05/26/2016 | 4 | NOTICE OF ATTORNEY APPEARANCE *by J. Bruce Teichman* by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) [8:16-mj-00167-FG3] (Entered: 05/26/2016) |
| 05/27/2016 | 5 | TEXT ORDER SETTING HEARING as to defendant Steven Morgan. Initial Appearance set for 6/1/2016 at 1:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. Ordered by Magistrate Judge F.A. Gossett. (SLP) [8:16-mj-00167-FG3] (Entered: 05/27/2016) |
| 05/31/2016 | 6 | TEXT NOTICE OF HEARING as to defendant Steven Morgan. Initial Appearance set for 6/1/2016 at 2:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. This |

| | | |
|---|---|---|
| | | notice moves the time of the hearing from 1:30 p.m. to 2:30 p.m. (JSF) [8:16-mj-00167-FG3] (Entered: 05/31/2016) |
| 06/01/2016 | 7 | ARREST WARRANT RETURNED EXECUTED as to defendant Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (JSF) [8:16-mj-00167-FG3] (Entered: 06/01/2016) |
| 06/01/2016 | 9 | TEXT MINUTE ENTRY for initial appearance held in Omaha on 06/01/2016 before Magistrate Judge Thomas D. Thalken as to defendant Steven Morgan. Preliminary hearing is waived. Defendant is held to answer for further proceedings in the District of Nebraska. Detention hearing is held. Court takes judicial notice of U.S. Pretrial Services report. Government's oral motion for detention is granted. Order of detention is forthcoming. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Kimberly C. Bunjer. Appearance for defendant: J. Bruce Teichman, retained. Courtroom Deputy: Mary Beth McFarland. No interpreter used during hearing. Court Reporter: Digital Recorder. Time Start: 2:30 PM; Time Stop: 2:35 PM; Time in Court: 5 Minutes. (MBM) [8:16-mj-00167-FG3] (Entered: 06/01/2016) |
| 06/01/2016 | 11 | ORDER of Detention pending trial as to defendant Steven Morgan. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) [8:16-mj-00167-FG3] (Entered: 06/02/2016) |
| 06/02/2016 | 10 | AUDIO FILE. Audio as to Defendant (1) Steven Morgan. Court Date & Time [ 06/01/2016 2:30:38 PM ]. File Size [ 1138 KB ]. Run Time [ 00:04:44 ]. (Initial Appearance). (auto-docket). [8:16-mj-00167-FG3] (Entered: 06/02/2016) |
| 06/22/2016 | 12 | PART 1 OF 2 - INDICTMENT with foreperson's signature redacted pursuant to the E-Government Actas to defendant(s) Steven Morgan. (LAC, ) (Entered: 06/23/2016) |
| 06/22/2016 | 13 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 12 as to defendant(s) Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL |

| | | |
|---|---|---|
| | | OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC, ) (Entered: 06/23/2016) |
| 06/22/2016 | 14 | CRIMINAL COVER SHEET as to defendant(s) Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC, ) (Entered: 06/23/2016) |
| 06/24/2016 | 15 | TEXT ORDER as to defendant Steven Morgan. Arraignment set for 6/29/2016 at 1:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 06/24/2016) |
| 06/29/2016 | 16 | TEXT MINUTE ENTRY for arraignment held in Omaha on 06/29/2016 before Magistrate Judge Thomas D. Thalken as to defendant Steven Morgan. Defendant acknowledges receipt of a copy of the Indictment. Not guilty plea entered on all counts. Defendant does request discovery material pursuant to Rule 16. Government does not adopt open file policy regarding discovery. Progression order to be issued. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Matt E. Lierman for Kimberly C. Bunjer. Appearance for defendant: J. Bruce Teichman, retained. Courtroom Deputy: Mary Beth McFarland. No interpreter used during hearing. Court Reporter: Digital Recorder. Time Start: 2:04 PM; Time Stop: 2:06 PM; Time in Court: 2 Minutes. (MBM) (Entered: 06/29/2016) |
| 06/29/2016 | 17 | AUDIO FILE. Audio as to Defendant (1) Steven Morgan. Court Date & Time [ 06/29/2016 2:04:30 PM ]. File Size [ 524 KB ]. Run Time [ 00:02:11 ]. (Arraignment). (auto-docket). (Entered: 06/29/2016) |
| 06/29/2016 | 18 | ORDER FOR PROGRESSION OF A CRIMINAL CASE as to defendant Steven Morgan - discovery due 07/06/2016. Pretrial Motion Deadline set for 7/19/2016. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 06/30/2016) |
| 07/06/2016 | 19 | NOTICE of Notice of Compliance Pursuant to Local Criminal Rule 16.1(a) by Attorney Kimberly C. Bunjer as to defendant(s) Steven Morgan. (Bunjer, Kimberly) (Entered: 07/06/2016) |

| | | |
|---|---|---|
| 07/10/2016 | 20 | MOTION for Release *Pretrial* by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 07/10/2016) |
| 07/15/2016 | 21 | AMENDED MOTION for Release *Pretrial* by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 07/15/2016) |
| 07/19/2016 | 22 | NOTICE OF ATTORNEY APPEARANCE by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 07/19/2016) |
| 07/20/2016 | 23 | ORDER SETTING TRIAL as to defendant Steven Morgan. Jury Trial set for 8/16/2016 at 9:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. Ordered by Magistrate Judge F.A. Gossett. (MLF, ) (Entered: 07/20/2016) |
| 07/29/2016 | 24 | MOTION to Continue by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 07/29/2016) |
| 08/01/2016 | 25 | ORDER granting 24 Motion to Continue Trial as to Steven Morgan. Jury Trial continued to 9/13/2016 at 9:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. The time between today's date and the anticipated trial is excluded for purposes of computing the limits under the Speedy Trial Act. Ordered by Magistrate Judge F.A. Gossett. ( MLF, ) (Entered: 08/01/2016) |
| 09/05/2016 | 28 | MOTION to Continue by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 09/05/2016) |
| 09/07/2016 | 29 | DECLARATION filed by defendant Steven Morgan. (LAC) (Entered: 09/08/2016) |
| 09/08/2016 | 30 | ORDER granting 28 Motion to Continue Trial as to Steven Morgan. Jury Trial continued to 10/18/2016 at 9:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. The time between today's date and the anticipated trial is excluded for purposes of computing the limits under the Speedy Trial Act. Ordered by Chief Judge Laurie Smith Camp. ( MLF, ) (Entered: |

| Date | # | Entry |
|---|---|---|
| | | 09/08/2016) |
| 09/21/2016 | 32 | TEXT ORDER as to defendant Steven Morgan regarding the AMENDED MOTION for Release *Pretrial* 21 . Motion Hearing set for 9/22/2016 at 10:30 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. The defendant must be present for the hearing. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 09/21/2016) |
| 09/22/2016 | 33 | TEXT MINUTE ENTRY for hearing re 21 Amended Motion for Pretrial Release held in Omaha on 09/22/2016 before Magistrate Judge Thomas D. Thalken as to defendant Steven Morgan. Oral argument by government and defendant. Further information is required by the court. After an evaluation is obtained and a screening takes place for treatment, another hearing will be scheduled, if necessary. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Kimberly C. Bunjer. Appearance for defendant: J. Bruce Teichman, retained. No interpreter used during hearing. Courtroom Deputy: Mary Beth McFarland. Court Reporter: Digital Recorder. Time Start: 10:32 AM; Time Stop: 10:34 AM; Time in Court: 2 Minutes. (MBM) (Entered: 09/22/2016) |
| 09/22/2016 | 34 | AUDIO FILE. Audio as to Defendant (1) Steven Morgan. Court Date & Time [ 09/22/2016 10:32:14 AM ]. File Size [ 630 KB ]. Run Time [ 00:02:37 ]. (Motion Hearing). (auto-docket). (Entered: 09/22/2016) |
| 10/11/2016 | 35 | MOTION to Continue by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 10/11/2016) |
| 10/11/2016 | 36 | ORDER granting 35 Motion for Enlargement of Time (to continue trial) as to Steven Morgan. Jury Trial continued to 11/22/2016 at 9:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. The time between today's date and the anticipated trial is excluded for purposes of computing the limits under the Speedy Trial Act. Ordered by Magistrate Judge F.A. Gossett. ( MLF, ) (Entered: 10/11/2016) |
| 11/07/2016 | 37 | MOTION to Withdraw as Attorney by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: |

| | | |
|---|---|---|
| | | 11/07/2016) |
| 11/08/2016 | 38 | TEXT ORDER as to defendant Steven Morgan regarding MOTION to Withdraw as Attorney 37 , MOTION for Release 20 and AMENDED MOTION for Release 21 - Motion Hearing set for 11/9/2016 at 2:00 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Thomas D. Thalken. The defendant must be present for the hearing. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 11/08/2016) |
| 11/09/2016 | 39 | TEXT MINUTE ENTRY for proceedings held in Omaha on 11/09/2016 before Magistrate Judge Thomas D. Thalken as to defendant Steven Morgan. A portion of this hearing is sealed. The audio from this hearing is sealed. Hearing re 37 Motion to Withdraw. Evidence by the defendant. The Motion 37 is denied and both counsel will continue to represent the defendant in this case. Trial is continued to 01/10/2017. The defendant agrees to the continuance and understands the additional time will be excluded from Speedy Trial Act calculations; order forthcoming. Hearing re 20 the Motion and 21 Amended Motion for Pretrial Release. The Motions 20 and 21 are granted pursuant to the Order Setting Conditions of Release. The defendant is released on bond effective 11/10/2016. Defendant's exhibit is returned to defense counsel at the direction of Magistrate Judge Thalken. Defendant is remanded to the custody of the U.S. Marshal. Appearance for plaintiff: Thomas J. Kangior for Kimberly C. Bunjer. Appearance for defendant: J. Bruce Teichman; Katie M. Martens, retained. No interpreter used during hearing. Courtroom Deputy: Mary Beth McFarland. Court Reporter: Digital Recorder. Time Start: 1:59 PM; Time Stop: 2:23 PM; Time in Court: 24 Minutes. (MBM) (Entered: 11/09/2016) |
| 11/09/2016 | 40 | EXHIBIT LIST as to defendant Steven Morgan from hearing held on 11/09/2016. (MBM) (Entered: 11/09/2016) |
| 11/09/2016 | 41 | EXHIBIT RECEIPT BY DEFENDANT as to defendant Steven Morgan from hearing held on 11/09/2016. (MBM) (Entered: 11/09/2016) |
| 11/09/2016 | 42 | ORDER SETTING CONDITIONS OF RELEASE as to defendant Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL |

| | | |
|---|---|---|
| | | RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Thomas D. Thalken. (MBM) (Entered: 11/09/2016) |
| 11/09/2016 | 44 | ORDER as to defendant Steven Morgan. Jury Trial continued to January 10, 2017 at 9:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. The time between November 9, 2016, and January 10, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Ordered by Magistrate Judge Thomas D. Thalken. (MLF, ) (Entered: 11/09/2016) |
| 01/03/2017 | 45 | TEXT REASSIGNMENT ORDER - Following Magistrate Judge Thomas D. Thalken's retirement on December 31, 2016, all pending civil and criminal cases previously assigned to Magistrate Thalken are reassigned to Magistrate Judge Susan M. Bazis for judicial supervision and processing of all pretrial matters. Case reassigned to Magistrate Judge Susan M. Bazis. Magistrate Judge Thomas D. Thalken no longer assigned to the case. Ordered by Chief Judge Laurie Smith Camp. (MKR) (Entered: 01/03/2017) |
| 01/03/2017 | 46 | TEXT ORDER SETTING CHANGE OF PLEA HEARING as to defendant Steven Morgan. The defendant requests a Rule 11 Hearing. Change of Plea Hearing set for 1/23/2017 at 09:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall email to the undersigned judge a copy of the following - (a) a copy of the Petition to Enter A Guilty Plea; (b) a copy of any plea agreement; and (c) a copy of any charging document not yet on file. The time between todays date and the date of the hearing is excluded under 18 U.S.C. 3161(h)(7)(A) & (B). The ends of justice outweigh the best interest of the public and defendant in a speedy trial, and the failure to grant a continuance would result in a miscarriage of justice. Ordered by Chief Judge Laurie Smith Camp. (MKR) (Entered: 01/03/2017) |
| 01/06/2017 | 47 | CONSENT AND ORDER regarding modifying conditions of pretrial release as to defendant Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS |

| | | |
|---|---|---|
| | | AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Susan M. Bazis. (LAC) (Entered: 01/06/2017) |
| 01/12/2017 | 48 | TEXT ORDER SETTING CHANGE OF PLEA HEARING as to defendant Steven Morgan. Upon the oral motion of the defendant, the Change of Plea Hearing is continued to 2/6/2017 at 10:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Chief Judge Laurie Smith Camp. At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall email to the undersigned judge a copy of the following - (a) a copy of the Petition to Enter A Guilty Plea; (b) a copy of any plea agreement;and (c) a copy of any charging document not yet on file. The time between todays date and the date of the hearing is excluded under 18 U.S.C. 3161(h)(7)(A) & (B). The ends of justice outweigh the best interest of the public and defendant in a speedy trial, and the failure to grant a continuance would result in a miscarriage of justice. Ordered by Chief Judge Laurie Smith Camp. (MKR) (Entered: 01/12/2017) |
| 02/06/2017 | 50 | TEXT MINUTE ENTRY for proceedings held before Chief Judge Laurie Smith Camp as to defendant Steven Morgan. Change of Plea Hearing held on 2/6/2017. Defendant withdraws the plea of not guilty as to Count I of the Indictment; Defendant enters a plea of guilty to Count I of the Information. Waiver of Indictment; The plea of guilty is accepted. Plea Agreement not approved at this time, pending review of Presentence Investigation. Presentence Investigation and Report requested. Presentence Investigation Packet handed to defendant's counsel. Sentencing is scheduled May 1, 2017 at 10:00 a.m. before Judge Smith Camp. Defendant released on current bond. Appearance for plaintiff: Kimberly C. Bunjer; Appearance for defendant: J. Bruce Teichman, Retained. No interpreter used during hearing. Courtroom Deputy: Mary Roundtree; Court Reporter: Brenda L. Fauber; Time Start: 10:13 AM; Time Stop: 10:31 AM; Time in Court: 18 Minutes. (MKR) (Entered: 02/06/2017) |
| 02/06/2017 | 51 | ORDER ON SENTENCING SCHEDULE as to defendant Steven Morgan. Sentencing set for 5/1/2017 at 10:00 AM in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, |

| | | |
|---|---|---|
| | | Omaha, NE before Chief Judge Laurie Smith Camp. Ordered by Chief Judge Laurie Smith Camp. (MKR) (Entered: 02/06/2017) |
| 02/06/2017 | 52 | INFORMATION as to defendant Steven Morgan. (LAC) (Entered: 02/07/2017) |
| 02/06/2017 | 53 | CRIMINAL COVER SHEET as to defendant Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (LAC) (Entered: 02/07/2017) |
| 02/06/2017 | 54 | WAIVER of Indictment by Attorney J. Bruce Teichman as to defendant Steven Morgan. (LAC) (Entered: 02/07/2017) |
| 02/06/2017 | 55 | PETITION to enter plea of guilty as to defendant Steven Morgan. (LAC) (Entered: 02/07/2017) |
| 02/06/2017 | 56 | PLEA AGREEMENT as to defendant Steven Morgan. (LAC) (Entered: 02/07/2017) |
| 03/07/2017 | 57 | MOTION permission to remain in Colorado until assigned to his designated facility, post-sentencing by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 03/07/2017) |
| 03/15/2017 | 58 | TEXT ORDER SETTING MOTION HEARING regarding MOTION for permission to remain in Colorado until assigned to his designated facility, post-sentencing 57 as to defendant Steven Morgan. Motion Hearing set for 3/22/2017 at 11:00 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. Ordered by Magistrate Judge Susan M. Bazis. (SLP) (Entered: 03/15/2017) |
| 03/22/2017 | 59 | MOTION to Continue *Hearing* by Attorney Katie M. Martens as to defendant(s) Steven Morgan. (Martens, Katie) (Entered: 03/22/2017) |
| 03/22/2017 | 60 | TEXT ORDER as to defendant Steven Morgan granting 59 Motion to Continue. The motion hearing scheduled on 03/22/2017 at 11:00 a.m. is canceled. The defense counsel or U.S. Probation and Pretrial Services officer shall notify the court when the defendant is |

| | | |
|---|---|---|
| | | released from Lasting Hope Recovery Center and available for court at which time a hearing will be scheduled forthwith. Ordered by Magistrate Judge Susan M. Bazis. (MBM) (Entered: 03/22/2017) |
| 03/31/2017 | 61 | TEXT ORDER as to defendant Steven Morgan regarding MOTION for permission to remain in Colorado until assigned to his designated facility, post-sentencing 57 . Motion Hearing set for 4/6/2017 at 9:30 AM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis. The defendant must be present for the hearing. Ordered by Magistrate Judge Susan M. Bazis. (MBM) (Entered: 03/31/2017) |
| 04/06/2017 | 63 | TEXT MINUTE ENTRY for hearing re 57 Motion to Permit Defendant to Reside in Yuma held in Omaha on 04/06/2017 before Magistrate Judge Susan M. Bazis as to defendant Steven Morgan. The defendant moves to withdraw the motion and the motion is deemed withdrawn. Present bond is continued. Appearance for plaintiff: Kimberly C. Bunjer. Appearance for defendant: J. Bruce Teichman, retained. No interpreter used during hearing. Courtroom Deputy: Mary Beth McFarland. Court Reporter: Digital Recorder. Time Start: 10:12 AM; Time Stop: 10:13 AM; Time in Court: 1 Minute. (MBM) (Entered: 04/06/2017) |
| 04/06/2017 | 64 | AUDIO FILE. Audio as to Defendant (1) Steven Morgan. Court Date & Time [ 04/06/2017 10:12:43 AM ]. File Size [ 239 KB ]. Run Time [ 00:01:00 ]. (Motion Hearing). (auto-docket). (Entered: 04/06/2017) |
| 04/18/2017 | 65 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT by Attorney Kimberly C. Bunjer as to defendant(s) Steven Morgan. (Bunjer, Kimberly) (Entered: 04/18/2017) |
| 05/01/2017 | 67 | TEXT MINUTE ENTRY for proceedings held before Chief Judge Laurie Smith Camp as to defendant Steven Morgan. Sentencing held on 5/1/2017. Presentence Investigation Report is adopted. Plea agreement accepted. Defendant is sentenced to: Bureau of Prisons for a term of 46 months; Supervised Release for a term of 3 years; Special Assessment in the amount of $100.00; Defendant is remanded to the custody of the U.S. Marshal; Appearance for plaintiff: Kimberly C. Bunjer; Appearance for defendant: J. Bruce Teichman, Retained; No interpreter used during hearing. Courtroom Deputy: Mary Roundtree; Court Reporter: Brenda L. Fauber; Time |

| | | |
|---|---|---|
| | | Start: 10:04 AM; Time Stop: 10:15 AM; Time in Court: 11 Minutes. (MKR) (Entered: 05/01/2017) |
| 05/01/2017 | 70 | JUDGMENT as to defendant Steven Morgan. Defendant pleaded guilty to count I of the Information and was committed to the custody of Bureau of Prisons for 46 months; 3 years supervised release with special conditions; $100 Special Assessment. The Indictment is dismissed on the motion of the United States. Ordered by Chief Judge Laurie Smith Camp. (4 Certified copies to USM) (LAC) (Entered: 05/01/2017) |
| 08/15/2017 | 72 | Judgment Returned Executed as to defendant Steven Morgan. (LAC) (Entered: 08/15/2017) |
| 03/05/2020 | 73 | Probation Jurisdiction Transferred to USDC-District of Colorado as to Steven Morgan. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Senior Judge Laurie Smith Camp. (TCL) (Entered: 03/05/2020) |
| 03/05/2020 | 74 | Notice to USDC-District of Colorado of a Transfer of Jurisdiction. Your case number is: 1:20cr78. The following documents are available on the public docket: Judgment 70 , Information 52 . NOTE: Upon request all sealed and restricted documents will be sent via a separate e-mail. To request additional transfer information, please send a request to: clerk@ned.uscourts.gov. as to defendant Steven Morgan. (TCL) (Entered: 03/05/2020) |